# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CARMAN L. DECK, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:12 CV 1527 CDP |
| TROY STEELE, et al., | ) |
| Respondents. | ) |

## JUDGMENT AND WRIT OF HABEAS CORPUS

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the petition of Carman L. Deck for writ of habeas corpus is granted as to the sentence of death only, based on Claim 31 and Claim 32(a) as set forth in the accompanying Order, and denied in all other respects.

**IT IS FURTHER ORDERED** that petitioner's sentence of death is vacated, and he must be sentenced to life in prison without the possibility of parole.

**IT IS FURTHER ORDERED** that petitioner has not made a substantial showing of the denial of a constitutional right on any of his other grounds, so a Certificate of Appealability will not issue on the claims that have been denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of April, 2017.